1  COLLIN D. COOK (SBN 251606)
   Email:  ccook@fisherphillips.com
2  VINCENT J. ADAMS (SBN 249696)
   Email:  vadams@fisherphillips.com
3  **FISHER & PHILLIPS, LLP**
4  One Montgomery Street, Suite 3400
   San Francisco, California 94104
5  Telephone:  (415) 490-9000
   Facsimile:   (415) 490-9001
6

7  Attorneys for Defendant
   PLA-FIT FRANCHISE, LLC
8

9  FLETCHER B. BROWN (SBN 276390)
   Email:  fletcher@fletcherbrown.com
   **FLETCHER B. BROWN LAW FIRM**
10 4400 Keller Avenue, #381
   Oakland, California 94605
11 Telephone:  (510) 986-0441
   Facsimile:   (510) 978-4717
12

13 Attorneys for Plaintiff
   SIDNEY ADEBAYO
14

15                    UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17 SIDNEY ADEBAYO,                              Case No:  3:23-cv-00227-AMO

18              Plaintiff,                       [*Removed from Alameda County Superior
                                                 Court Action No. 22CV015551*]
19       v.
                                                 **STIPULATION AND [~~PROPOSED~~] ORDER
20 PLA-FIT FRANCHISE, LLC, DOES 1-20,           OF DISMISSAL WITH PREJUDICE**

21              Defendant.

22

23

24

25

26

27

28

                                                      CASE NO.: 3:23-cv-00227 (AMO)
                 STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE
FP 48108957.1

1

**STIPULATION**

2

    **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff SIDNEY

3

ADEBAYO ("Plaintiff") and Defendant PLA-FIT FRANCHISE, LLC ("Defendant") (collectively

4

"the Parties"), by and through their respective counsel, pursuant to Federal Rule of Civil Procedure

5

41(a), that the Court order that all of Plaintiff's claims asserted against all named Defendants in this

6

action be dismissed with prejudice, with each party to bear their own costs and expenses.

7

    **IT IS SO STIPULATED.**

8

9

Dated:  September 6, 2023                    FISHER & PHILLIPS LLP

10

                                By:    */s/ Vincent J. Adams*

11

                                      COLLIN D. COOK
                                      VINCENT J. ADAMS
                                      Attorneys for Defendant
                                      **PLA-FIT FRANCHISE, LLC**

12

13

14

Dated:  September 6, 2023                    FLETCHER B. BROWN LAW FIRM

15

16

                                By:    */s/ Fletcher B. Brown*
                                      FLETCHER B. BROWN
                                      Attorneys for Plaintiff
                                        **SIDNEY ADEBAYO**

17

18

**ECF ATTESTATION**

19

    Pursuant to Local Rule 5-1(i) regarding signatures, I attest under penalty of perjury that

20

concurrence in the filing of this document has been obtained from the each of the other signatories

21

thereto.

22

23

Dated:  September 6, 2023                    */s/ Vincent J. Adams*

24

                                        VINCENT J. ADAMS

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE

FP 48108957.1

1

**PROPOSED ORDER**

2          Pursuant to stipulation of the parties, and for good cause shown, all pending claims asserted

3   against all named Defendants in this action are hereby dismissed with prejudice.

4          **IT IS SO ORDERED.**

5

6    Dated:  September 6, 2023          _____

                                       **ARACELI MARTÍNEZ-OLGUÍN**
7                                       **United States District Judge**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

FP 48108957.1